PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

U.S.A. vs.   Donald Bailey Jr

Docket No.   0315 2:02CR00190-002

## Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Donald Bailey, who was placed under pretrial release supervision by the Honorable Judge William Prince sitting in the COURT at Pittsburgh, Pennsylvania on the 17th day of October, 2002, under the following conditions:

1)Notify Pretrial Services of any contact with any law enforcement personnel, including but not limited to, any arrest, questioning, or traffic stop.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS
(Please see attached letter to the court)

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the defendant's arrest and that a bond review hearing be held to address the defendant's noncompliance with bond conditions.

ORDER OF COURT

Considered and ordered this _25th_ day of _July_ , 2005, and ordered filed and made a part of the records in the above case.

_Maurice B. Cohill, Jr._

U.S. District Judge Maurice Cohill, Jr.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _07/15/05_

_Charmaine Odom_
Charmaine Odom
U.S. Pretrial Services/Probation Officer

_Elaine Johnston_
Elaine Johnston
Supervising U.S. Pretrial Services/Probation Officer

Place _Pittsburgh, Pa._