IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CRIM  02-190 |
| DONALD BAILEY, JR.  (2) | ) | |

NOTICE

The above entitled case is set for _____SENTENCING_____

on __Sept. 27, 2005_____ at __10:00 a.m.___ in Courtroom 3, 8th Floor, U.S. Post Office & Courthouse, Pgh., PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:   Sept. 13, 2005

Copies to:   Troy Rivetti, AUSA
             Michael J. Novara, AFPD

         Pretrial Services
         Probation Office - PGH
         U.S. Marshal - PGH