IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal No. 02-190 |
| | ) |
| DONALD BAILEY, JR. | ) |

## **ORDER OF COURT**

AND NOW, to-wit, this \_\_\_\_\_ day of _____, 2005, upon consideration of the foregoing Motion to Continue Date Set for Sentencing, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted. Mr. Bailey's sentencing is hereby continued until further Order of Court.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge

cc: Counsel of Record
    U.S. Probation Office