UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: August 19, 2009

Terry Nafisi, Clerk
Clerk of Courts for the
 Central District of California
(Western Division )
312 North Spring Street
Room G-8
Los Angeles, CA 90012

Re: U.S.A. vs. DONALD BAILEY, JR.

Criminal Action No. 2:02-cr-190

Dear Sir or Madam:

The following certified copies of documents in the above entitled action are being forwarded to your office pursuant to an executed Probation Form No. 22, authorizing transfer of jurisdiction of this probationer to your District.

(PURSUANT to probation form 22, jurisdiction of probation is hereby transferred to the Central District (Western Division) of California, Clerk, 312 North Spring Street, Room G-8, Los Angeles, California 90012 together with a certified copies of the docket entries, indictment and sentence).

Please acknowledge receipt of these documents on the enclosed copy of this letter and return it to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: /s/ Pat Hill
    Pat Hill
    Deputy Clerk

Enclosures